IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO G. RUBANG,<br><br>          Plaintiff,<br><br>     v.<br><br>NAF – HUMAN RESOURCES,<br><br>          Defendant. | Case No.  2:15-CV-02195 KJM-AC PS<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, Defendant's *ex parte* application for extension of time for Defendant to respond to plaintiff's complaint, ECF No. 3, is hereby APPROVED.  Defendant's deadline is extended to November 30, 2015.

IT IS SO ORDERED.

DATED: October 26, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE