UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO G. RUBANG, | No. 2:15-cv-02195-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| NAF-HUMAN RESOURCES, et al., | |
| Defendants. | |

This matter was removed from Solano Superior Court on October 22, 2015. ECF No. 1. On November 30, 2015, defendants filed a motion to dismiss plaintiff's complaint. ECF No. 6. The court recommended that defendants' motion be granted with leave to amend because plaintiff's complaint does not comply with Rule 8 on January 21, 2016. ECF No. 9. The presiding district judge has yet to dispose of the court's findings and recommendations. In light of that fact, defendants filed a status report requesting that the April 6, 2016, status conference be continued. ECF No. 13. Good cause being shown, the court will vacate the scheduled status conference to be rescheduled if necessary.

///

///

///

1

In accordance with the foregoing, THE COURT HEREBY ORDERS that the April 6, 2016, status conference is vacated, to be rescheduled if necessary.

DATED: March 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE