UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO G. RUBANG,<br><br>           Plaintiff,<br><br>      v.<br><br>NAF-HUMAN RESOURCES,<br><br>           Defendant. | No.  2:15-cv-2195 KJM AC<br><br><br>ORDER |

   Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

   On January 21, 2016, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 9.  Neither party has filed objections to the findings and recommendations.

   The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2016, are adopted in full;

2. Defendant's motion to dismiss, ECF No. 6, is granted with leave to amend; and

3. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint;" plaintiff must file an original and two copies of the amended complaint.

DATED: March 10, 2017

_____
UNITED STATES DISTRICT JUDGE