UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO G. RUBANG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAF-HUMAN RESOURCES,<br><br>　　　　　Defendant. | No. 2:15-cv-2195 KJM DB PS<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed March 10, 2017, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint. (ECF No. 17.) Plaintiff was granted thirty days from the date of that order to file an amended complaint. The thirty-day period has expired, and plaintiff has not responded to the court's order in any manner.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1 | "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2 | shall be served and filed within fourteen days after service of the objections.  The parties are
3 | advised that failure to file objections within the specified time may waive the right to appeal the
4 | District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5 | Dated:  May 22, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

20 | DLB:6
DB/orders/orders.pro se/rubang2195.fta.f&rs